**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| JANE DOE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.:  7:26-CV-59 (WLS) |
| | : | |
| LOWNDES COUNTY SCHOOL | : | |
| DISTRICT, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

The Court previously granted Plaintiff's Motion for a Protective Order and Leave to Proceed Under a Pseudonym. (Doc. 4). While reviewing the pending Motions to Dismiss (Docs. 15 & 16), the Court discovered that Plaintiff's Complaint referred to Jane Doe using her real name. (Doc. 1 ¶ 34c). Plaintiff is hereby **ORDERED** to review the Complaint for further erroneous disclosures of Plaintiff's real name, redact all such instances, and file a substitute Complaint with the Clerk. The Clerk shall then substitute the redacted Complaint for Doc. 1. Plaintiff may not modify her Complaint in any other way, besides redacting her real name for anonymization purposes. Accordingly, the fully briefed Motions to Dismiss (Docs. 15 & 16) remain pending for the Court's resolution.

**SO ORDERED**, this 15th day of July 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1